UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCSCA R. GOMES,
        Plaintiff,

v.          Civil Action No. 05-11712-RGS

QUEEN ANNE NURSING HOME
        Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

STEARNS, D.J.

Now before the Court is plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915:

The motion to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☒     The Clerk shall not issue summonses at this time pending further review of this case in accordance with the Memorandum and Order for the Plaintiff to show cause, within thirty-five (35) days, why this action should not be dismissed for the reasons stated therein.

SO ORDERED.

August 23, 2005         /s/ Richard G. Stearns
DATE         RICHARD G. STEARNS
        UNITED STATES DISTRICT JUDGE