UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCISCA R. GOMES,
                Plaintiff,

v.                            Civil Action No. 05-11712-RGS

QUEEN ANNE NURSING HOME
                Defendant.

## MEMORANDUM AND ORDER FOR DISMISSAL

STEARNS, D.J.

    On August 10, 2005, Plaintiff Francisca R. Gomes, filed two page civil Complaint alleging employment discrimination based on race and national origin. On August 23, 2005, this Court issued a Memorandum and Order (#4) allowing Plaintiff to proceed *in forma pauperis*, and directing Plaintiff to show cause within thirty-five days why this action should not be dismissed for failure of Plaintiff to meet the precondition of exhaustion of administrative remedies through EEOC/MCAD prior to suit in this Court. The thirty-five day period has elapsed, and, to date, Plaintiff has failed to file any response to the Court's Memorandum and Order.

    Accordingly, because Plaintiff's Complaint fails to adequately allege facts indicating that she has exhausted her administrative remedies, and because the Plaintiff failed to comply with the August 23, 2005 Memorandum and Order directing her to show cause why this case should not be dismissed, the above captioned matter is dismissed in its entirety without prejudice. See Tapia-Tapia v. Potter, 322 F.3d 742, 745 (1st Cir. 2003) (dismissal for failure to state a claim for failure to exhaust administrative remedies for ADEA and Title VII claims after show-cause order proper); Bonilla v. Muebles J.J. Alvarez, Inc., 194 F.3d 275, 278 (1st Cir. 1999) (same); Rice v. New England College, 676 F.2d 9, 10-11 (1st Cir. 1982) (same).

                                  /s/ Richard G. Stearns
                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE

DATED: October 7, 2005