UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCISCA R. GOMES,
               Plaintiff,

      v.                              Civil Action No. 05-11712-RGS

QUEEN ANNE NURSING HOME
               Defendant.

ORDER FOR DISMISSAL

STEARNS, D.J.

     In accordance with the Memorandum and Order for Dismissal dated October 7, 2005 directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

                                              BY THE COURT,


                                              /s/ Mary Johnson
                                              Deputy Clerk

DATED: October 11, 2005